ACCEPTED
05-18-00155-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/1/2018 4:49 PM
LISA MATZ
CLERK



**DALLAS COUNTY**
**DISTRICT ATTORNEY**
**Faith Johnson**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

06/01/2018 4:49:59 PM

LISA MATZ
Clerk

June 1, 2018

Ms. Lisa Matz
Clerk, Court of Appeals, Fifth District
600 Commerce Street, Suite 200
Dallas, Texas 75202

      RE:    *Dairies Dontay Phillips v. State of Texas*; Cause No. 05-18-00155-CR; Notice of Appearance of Counsel for the State of Texas

Dear Ms. Matz:

Please be advised I will be representing the State of Texas in this appeal. Thank you for your attention to this matter.

Regards,

   /s/ M. Paige Williams

―――――――――――――――――

M. Paige Williams
Assistant District Attorney
State Bar No. 24043997
Marcella.Williams@dallascounty.org

cc: Cruce Anton, attorney for Appellant
      via e-service at ba@udashenanton.com

---

Frank Crowley Courts Building, 133 N. Riverfront Blvd., LB-19, Dallas, Texas 75207-499 | (214) 653-3625